UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERTO SILVA,

    Petitioner,

vs.

GEORGE NEOTTI, Warden,

    Respondent.

No. C 09-5656 PJH (PR)

**ORDER DISMISSING AMENDED PETITION WITH LEAVE TO AMEND**

    The petition in this case was prepared by an attorney acting pro bono. In the "Grounds for Relief" section of the original form petition, counsel wrote: "See attachment: 'Claim One Facts and Argument.'" There was, however, no attachment. The petition was dismissed with leave to amend to provide the attachment. Petitioner has filed the same petition, now with the word "amended" handwritten in the caption, as instructed, but still has not provided the attachment. The amended petition is **DISMISSED** with leave to amend to file a second amended petition containing the attachment. The clerk shall send an informational copy of this order to Thomas M. Singman, Esq., P.O. Box 6237, Albany, CA 94706.

**IT IS SO ORDERED.**

Dated: March 16, 2010.

                        PHYLLIS J. HAMILTON
                        United States District Judge

P:\PRO-SE\PJH\HC.09\SILVA5656.DWLTA2.wpd