United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERTO SILVA,

    Petitioner,

    v.

GEORGE NEOTTI,

    Respondent.
_____/

No. C 09-5656 PJH

**ORDER RE TRAVERSE**

On December 13, 2011, the court granted petitioner Gilberto Silva's ("Silva") motion to appoint counsel in connection with his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 27, 2011, Angela Hansen entered an appearance as counsel for Silva. Silva's traverse, to be prepared now with the assistance of counsel, is due **sixty days** from the date of this order.

**IT IS SO ORDERED.**

Dated: January 6, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge